IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. 2024-cr-6 |
| ) | |
| JAMIL BELL, ) | |
| ) | |
| Defendant. ) | |

TO:  Honorable Robert A. Molloy, Chief Judge
      Kimberly Riley, AUSA
      AFPD Melanie Lark Turnbull
      U.S. Marshals Service
      U.S. Probation and Pretrial Services

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11, LRCr 1.2. and LRCi 72.3 and has entered a plea of guilty to Count <u>One</u> of the INDICTMENT— DISTRIBUTION OF COCAINE 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count <u>One</u> and that the offense charged was supported by an independent basis in facts containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and the Defendant be adjudged guilty and have sentence imposed accordingly.

**Dated:** August 13, 2024

EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE